**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

BKY 24-41605
Chapter 12

Nathan Norby,

Debtors.

**ORDER**

This case is before the Court on the motion of Trustee Kyle L. Carlson for an order dismissing the case of Nathan Norby, BKY 24-41605,

Based on the motion and record,

IT IS ORDERED THAT:

The debtors' Chapter 12 case is dismissed.

Dated: *March 10, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge